IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD WASHINGTON, SYMONE WILDER, and MADISON SCHRAMM, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>WALMART INC.,<br><br>  Defendant. | Case No: 2:22-cv-03429-KBH |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
<u>RULE 23 CLASS ACTION SETTLEMENT</u>**

Plaintiffs respectfully move this Court for an Order:

1. Granting preliminary approval to the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion, as fair, reasonable and adequate pursuant to Federal Rule of Civil Procedure 23;

2. Preliminarily certifying the following Settlement Class pursuant to Federal Rule of Civil Procedure 23 and authorizing notice to be sent pursuant to the terms of the Settlement Agreement:

> All hourly nonexempt employees who work or worked for a Walmart Released Entity in the City of Philadelphia at facility numbers 2141, 2650, 5103, 5130, 5891, and 6332 during any week between July 19, 2020 and July 29, 2024 in any job number not expressly excluded.[1]

---

[1] Excluded job numbers include Academy Trainer (007300, 007310, 007320), DSD Receiving associate (000465) Field Project Coordinator, Store Planning - Realty (901603, 100016140), People Lead (007250), Service Technician (000823), and Set Up Associate (000150, 000151).

3.      Preliminarily appointing Plaintiffs Donald Washington, Symone Wilder, and Madison Schramm as the Class Representatives of the Settlement Class;

4.      Preliminarily appointing Community Legal Services, Inc., Werman Salas P.C., Lichten & Liss-Riordan, P.C., and Willig Williams & Davidson as Class Counsel for the Settlement Class;

5.      Approving CPT Group as the Settlement Administrator to perform the notice and administrative services described in the Settlement Agreement; and

6.      Approving the Notice of Settlement, attached as Exhibit A to the Settlement Agreement, including its form and content and method of distribution to Settlement Class Members in the manner described in the Settlement Agreement, and setting a date and time for the final approval hearing approximately 100 days after its Order granting preliminary approval.

This Motion is based on the accompanying Memorandum of Law, the declarations of Nadia Hewka, Sally Abrahamson, Sarah Schalman-Bergen and Ryan Hancock, the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendant does not oppose this motion. An agreed proposed Order is submitted for the Court's consideration.

Dated: September 19, 2024                 Respectfully submitted,

/s/ *Nadia Hewka*
Nadia Hewka (Pa Bar No. 76842)
David Huang (Pa Bar No. 331118)
**COMMUNITY LEGAL SERVICES, INC.**
1424 Chestnut St
Philadelphia, PA 19102
(215) 981-3794
(215) 981-0434
nhewka@clsphila.org
dhuang@clsphila.org

Sally J. Abrahamson
(*pro hac vice*)
**WERMAN SALAS P.C.**

335 18th Pl NE
Washington, D.C. 20002
(202) 830-2016
sabrahamson@flsalaw.com

Sarah R. Schalman-Bergen
(Pa Bar No. 206211)
Krysten Connon
(Pa Bar No. 314190)
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (267) 256-9973
ssb@llrlaw.com
kconnon@llrlaw.com

Ryan Allen Hancock (Pa Bar No. 92590)
**WILLIG, WILLIAMS & DAVIDSON**
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel.: (215) 656-3600
Fax: (215) 567-2310
rhancock@wwdlaw.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 19th day of September, 2024.

*s/ Nadia Hewka*
Nadia Hewka
