IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD WASHINGTON, SYMONE WILDER, and MADISON SCHRAMM, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No: 2:22-cv-03429-KBH |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT

Plaintiffs Donald Washington, Symone Wilder, and Madison Schramm, through their undersigned counsel, respectfully move this Court for an Order granting final approval to the Settlement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23, as set forth in the accompanying memorandum.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Nadia Hewka, Sally Abrahamson, Ryan Hancock, Sarah Schalman-Bergen, the Settlement Administrator (CPT Group), the attached Exhibits, and all other records, pleadings and papers on file in this action. Defendant does not oppose this Motion. An agreed proposed Order is submitted for the Court's consideration.

Dated: March 18, 2025

Respectfully submitted,

/s/ *Sarah R. Schalman-Bergen*

Sarah R. Schalman-Bergen
(Pa Bar No. 206211)
Krysten Connon

(Pa Bar No. 314190)
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (267) 256-9973
ssb@llrlaw.com
kconnon@llrlaw.com

Nadia Hewka (Pa Bar No. 76842)
David Huang (Pa Bar No. 331118)
**COMMUNITY LEGAL SERVICES, INC.**
1424 Chestnut St
Philadelphia, PA 19102
(215) 981-3794
(215) 981-0434
nhewka@clsphila.org
dhuang@clsphila.org

Sally J. Abrahamson
(*pro hac vice*)
**WERMAN SALAS P.C.**
335 18th Pl NE
Washington, D.C. 20002
(202) 830-2016
sabrahamson@flsalaw.com

Ryan Allen Hancock (Pa Bar No. 92590)
**WILLIG, WILLIAMS & DAVIDSON**
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Tel.: (215) 656-3600
Fax: (215) 567-2310
rhancock@wwdlaw.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed on the ECF docket and is available for viewing and download on this 18th day of March, 2025.

*s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
